KENNERLY vs. MERRY AND SCAMMEL.

## ERROR to St. Louis Circuit Court.

CASSELBERRY, *for Plaintiff in error.*

GEYER, *for Defendants in error.*

NAPTON, J., *delivered the opinion of the Court.*

This is a petition for dower in a lot in St. Louis. There is no bill of exceptions in the case, and no motion for a new trial. A statement of facts agreed on by the counsel is copied by the clerk in the record, but it is not made a part of the record by bill of exceptions.

The judgment will therefore be affirmed.